# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2941 Disciplinary Docket No. 3 |
| | : | |
| STEVEN B. FABRIZIO, A/K/A STEVEN BERNARD FABRIZIO | : | No. 8 DB 2023 |
| | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 21-BG-831) |
| | : | |
| | : | Attorney Registration No. 64656 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Steven B. Fabrizio, a/k/a Steven Bernard Fabrizio, is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with the provisions of Pa.R.D.E. 217.